[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13806
Non-Argument Calendar

_____

D.C. Docket No. 8:20-cr-00040-SCB-CPT


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO LOPEZ VARGAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 23, 2021)

Before LAGOA, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

Rebecca L. Castaneda, appointed counsel for Ricardo Lopez Vargas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vargas's conviction and sentence are **AFFIRMED**.